# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-000279-CV

**The City of Houston, Appellant**

**v.**

**Ken Paxton, Attorney General of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. D-1-GN-14-001654, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: August 21, 2015